## No. 13,015.

WILLIAMS, ADMINISTRATOR *v.* CONTINENTAL OIL COMPANY.
(21 P. [2d] 1119)

Decided May 8, 1933.

Judgment affirmed in department without written opinion, Mr. Chief Justice Adams, Mr. Justice Butler and Mr. Justice Moore participating.

Messrs. WEBSTER, WEST & DRATH, for plaintiff in error.

Messrs. HUGHES & DORSEY, Mr. W. CLAYTON CARPENTER, Mr. MONTGOMERY DORSEY, for defendant in error